**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01341-LTB

SACCHIT KUMAR PANDEY,

    Plaintiff,

v.

ROBERT HOMER RUSSELL II, in his personal capacity, and
JUSTIN MARK HANNEN, in his personal capacity,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Objection to the Order Denying Motion to Reconsider Dated July 13th, 2011 which the Court Considered the Motion Pursuant to Fed. R. Civ. P. Rule 59(E)" (Doc. #13) filed on July 25, 2011, is DENIED for the reasons stated in the Court's Order Denying Motion to Reconsider (Doc. # 12) filed on July 13, 2011.

    Dated:  July 26, 2011